**SERCARZ & RIOPELLE, LLP**

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019
(212) 586-4900
FACSIMILE (212) 586-1234



ROLAND G. RIOPELLE
MAURICE H. SERCARZ*

JULIA L. GATTO

*ADMITTED IN NY & NJ

MEMO ENDORSED

September 5, 2007

**VIA FIRST CLASS MAIL AND ECF**

The Honorable Leonard B. Sand
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    <u>United States v. Mohammed Al Kokabani</u>, 07 CR 394 (LBS)

Your Honor:

        We write on consent to request that the defendant's bail be modified in order to permit him to travel to North Carolina from Monday, September 10, 2007 to Friday, September 14, 2007. Mr. Al Kokabani has a pending case in traffic court in Henderson, North Carolina that he intends on resolving. Also, Mr. Al Kokabani has family friends in Greensboro, North Carolina with whom he would like to visit.

        If permitted to travel, Mr. Al Kokabani's uncle, Rafik Saleh will drive and accompany Mr. Al Kokabani to North Carolina and they will stay with a family friend, Elchmli Abdular, at his home located at 4059 Morarow Drive, Greensboro, North Carolina 27530. The phone number at Mr. Abdular's residence is (252) 315-6035. While he is away, the defendant can be reached on either the Abdular residence's telephone number or Mr. Al Kokabani's cellular telephone, (646) 419-9528.

        Upon information and belief, since Mr. Al Kokabani's release, he has been fully compliant with all of the conditions of his bail. I have spoken to AUSA Benjamin Naftalis and he informs me that he has no objection to this application.

**MEMO ENDORSED**

The Hon. Sand
September 5, 2007
Page 2 of 2

    If the Court is willing to grant the application, it may do so by executing this letter at the "So Ordered" signature line below.

> Respectfully submitted,
>
> /S/
>
> Julia L. Gatto

cc:    AUSA Benjamin Naftalis (via ECF)
        USPO Mildred Santana (via facsimile)

    The defendant, Mohammad Al Kokabani, having made application to travel by car from New York to North Carolina from September 10, 2007 to September 14, 2007, and the government having no objection to this application, and good cause appearing to grant the application,

    IT IS ORDERED, that the defendant Mohammad Al Kokabani be permitted to travel from New York to North Carolina by car between September 10, 2007 and September 14, 2007.

> SO ORDERED:
>
> [signature: Thomas P. Griesa]
> ~~HON. LEONARD B. SAND~~
> U. S. D. J.
>
> Pt. I
>
> 9/7/07

**MEMO ENDORSED**