UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :      ORDER

    -v.-                             :      07 Cr. 394 (LBS)

MOHAMMED ABDUL AL KOKABANI,          :
    a/k/a "Isaac," and
ADEL MOHSIN,                         :
    a/k/a "Hafa,"
                                     :
        Defendants.
                                     :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-07

        Upon the application of the United States of America, by and through Assistant United States Attorney Benjamin Naftalis, and with the consent of the defendant, MOHAMMED ABDUL AL KOKABANI, by and through his counsel, Julia Gatto, Esq., it is hereby ORDERED that the time between October 29, 2007, and the date of the next scheduled conference, November 27, 2007, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to, among other things, review a possible disposition to this case.

        SO ORDERED.

Dated:    October 29, 2007
             New York, New York

                                                        Hon. Leonard B. Sand
                                                        United States District Judge